## DECLARATION OF ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is ▮▮▮▮▮▮▮▮. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Wisconsin, where I am a resident.

2. Around June 30, 2019, I was lured to the Americas Best Value Inn located at 2574 Candler Road, Decatur, Georgia, 30032 by a man named Antavian Bing. At that time I had just turned 16 years old. I had met Bing about a month before that and knew that he hung around this area a lot.

3. Bing told me to meet him at the Americas Best because he said he was going to give me money to help with my brother's funeral. When I got there, he had a room rented on the ground floor and I went inside.

4. Once inside, Bing raped me. I cried and begged him not to rape me and told him that I was a child and not grown, but he raped me anyway. He was beating me and I was crying and screaming very loudly. He violently raped me multiple times while I was in the room.

5. After Bing raped me, he told me he was going to take me home with him. He ordered some food and opened the door to get the room number and I noticed he didn't lock the door back. I was on the bed naked at the time. When I had a chance, I jumped up and ran out of the room screaming and naked and ran all the way to my house, which was not far from the hotel. There were people outside in the parking lot who saw me but I didn't stop or slow down because I knew he had a gun and I was afraid he was coming after me. When I got home I called 911 and reported the rape and the police came and took my statement.

6. When I lived near the Americas Best, that hotel and the Motel 6 beside it were well known for having a lot of prostitution and drug activity. I frequently saw lots of young girls around my age and older women selling sex at those two hotels.

7. I have read this Declaration consisting of 8 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on February 22, 2025.

