UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

S.D.,

      Plaintiff,

v.

JANKI MOTEL, INC.,

      Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-03203-JPB

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS &
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule
3.3, Plaintiff hereby files this Certificate of Interested Persons and Corporate Dis-
closure Statement, stating as follows:

1. The undersigned counsel of record for a party to this action certifies that
   the following is a full and complete list of all parties in this action, includ-
   ing any parent corporation and any publicly held corporation that owns
   10% or more of a stock of a party:

   **a. S.D.; and**
   **b. Janki Motel, Inc**.

2. The undersigned further certifies that the following is a full and complete
   list of all other persons, associations, firms, partnerships, or corporations
   having either financial interest in or other interest which could be

substantially affected by the outcome of this particular case:

**None known.**

3.  The undersigned certifies that the following is a full and complete list of

all persons serving as attorneys for the parties in this proceeding:

**<u>Counsel for Plaintiff</u>:**
Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster


Respectfully submitted on June 11, 2025.

ANDERSEN, TATE & CARR, P.C.


*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile