## AFFIDAVIT OF SERVICE

| Case:<br>1:25-cv-03203-JPB | Court:<br>United States District Court, Northern District of Georgia | County:<br>, GA | Job:<br>13497251 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>S.D. | | Defendant / Respondent:<br>Janki Motel, Inc | |
| Received by:<br>Phoenix Legal | | For:<br>Andersen, Tate, & Carr, P.C. | |
| To be served upon:<br>JANKI MOTEL, INC, C/O Milan Patel | | | |

I, Danielle Roach, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kalas Patel, 1155 Morgan Garner Drive, Lilburn, GA 30047
**Manner of Service:** Personal/Individual, Jun 13, 2025, 11:05 am EDT
**Documents:** COMPLAINT, EXHIBIT 1, EXHIBIT 2, CIVIL COVER SHEET, SUMMONS

**Additional Comments:**
1) Unsuccessful Attempt: Jun 11, 2025, 1:34 pm EDT at 1155 Morgan Garner Drive, Lilburn, GA 30047
No answer. No activity. No vehicles.

2) Unsuccessful Attempt: Jun 13, 2025, 11:02 am EDT at 1155 Morgan Garner Drive, Lilburn, GA 30047
No answer. No activity. No vehicles.

3) Successful Attempt: Jun 13, 2025, 11:05 am EDT at 1155 Morgan Garner Drive, Lilburn, GA 30047 received by Kalas Patel. Relationship: Wife; Other: Indian woman, wife of Milan Patel;

*Danielle Roach*                      06/17/2025
Danielle Roach                        Date

Phoenix Legal
251 Springs Xing
Canton, GA 30114
770-873-6999

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

06/17/25
Date                Commission Expires

[Notary Seal: FRANK JAMES, CHEROKEE COUNTY, GEORGIA, NOTARY PUBLIC, MY COMMISSION EXPIRES JANUARY 09, 2029]