IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| T.O., | ) | |
| | ) | |
|    Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO.: 1:25-CV-03203-JPB |
| | ) | |
| JANKI MOTEL, INC., | ) | |
| | ) | |
|    Defendants. | ) | |
| _____ | ) | |

## **(PROPOSED) ORDER**

For good cause shown, the Consent Motion to Extend Time for Defendant Janki Motel, Inc., to Answer or Otherwise Respond to the Complaint for Damages is GRANTED. The deadline for Defendants to answer or otherwise respond to the Complaint is hereby extended through and including July 24, 2025.

**SO ORDERED** this \_\_\_\_\_ day of July, 2025.

_____
THE HONORABLE J. P. BOULEE
UNITED STATES DISTRICT COURT JUDGE

- 2 -

*Prepared by:*

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Janki Motel, Inc.*