UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| S.D.,<br><br>    Plaintiff,<br><br>v.<br><br>JANKI MOTEL, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:25-CV-03203-JPB |

## ORDER

This matter is before the Court on Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously [Doc. 5]. For good cause shown, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff may proceed anonymously until further order of the Court. All materials, documents, pleadings, exhibits and evidence of any kind filed in this case shall refer to Plaintiff as S.D., with no other identifying information.

The Court **FURTHER ORDERS** that all materials, documents, pleadings, exhibits and evidence of any kind filed in this case referring to any witness identified by counsel for either party as a victim of sex trafficking or suspected

victim of sex trafficking and Plaintiff's family members shall refer to those witnesses by pseudonymous initials only.

Upon entry of this Order, Plaintiff shall privately disclose her name to Defendant. Defendant shall be able to conduct discovery using Plaintiff or witnesses' names. But for any publicly filed documents, the name of Plaintiff, all witnesses identified or suspected of being sex trafficking victims and Plaintiff's family members shall be redacted or referred to only by the appropriate pseudonymous initials.

**SO ORDERED** this 9th day of July, 2025.

_____
J. P. BOULEE
United States District Judge